IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| ANTHONY DESHAWN IVERY, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:17-CV-00292-C |
| § | |
| DIRECTOR, TDCJ-CID, § | |
| § | |
| Respondent. § | |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-styled and -numbered cause is dismissed with prejudice.

Dated January 4, 2021.

SAM R. CUMMINGS
Senior United States District Judge